# EXHIBIT "A"

Case 9:13-cv-80715-KAM   Document 29-1   Entered on FLSD Docket 01/09/2014   Page 1 of 9

Donald A. Yarbrough, Esq.
Suite 105, 2000 East Oakland Park Boulevard
Post Office Box 11842
Ft. Lauderdale, FL  33339
Email: don@donyarbrough.com

Invoice submitted to:
Ramona A. Fobbs

December 02, 2013

Invoice #12101

Professional Services

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 7/25/2013 | DAY | Review Correspondence<br>Review correspondence from Andreu, Palma, & Andreu, PL regarding lawsuit filed against Ramona Fobbs' by A & A North American Financial, LLC. | 0.15<br>400.00/hr | 60.00 |
|  | DAY | Review<br>Review client's documents regarding Ramona Fobbs' debt with Chase Bank, USA. | 1.00<br>400.00/hr | 400.00 |
|  | DAY | Review<br>Review documents regarding lawsuit filed against Ramona Fobbs by A & A North American Financial in County Court in and for Palm Beach County, Florida. | 1.15<br>400.00/hr | 460.00 |
|  | DAY | Review Correspondence<br>Review correspondence from Christopher W. Legg, Esq. regarding lawsuit filed against Ramona Fobbs' by A & A North American Financial, LLC in County Court in and for Palm Beach County, Florida. | 0.05<br>400.00/hr | 20.00 |
| 7/26/2013 | DAY | Draft<br>Draft Complaint | 1.75<br>400.00/hr | 700.00 |
|  | DAY | Background Investigation<br>Conduct background investigation of defendant to determine identity and licensure. | 0.75<br>400.00/hr | 300.00 |
|  | DAY | Review<br>Review Judge Assignment to Judge Kenneth A. Marra. DE 2. | 0.05<br>400.00/hr | 20.00 |

Ramona A. Fobbs                                                                                                   Page     2

|              |     |                                                                                                                                                                          | Hrs/Rate         | Amount |
|--------------|-----|--------------------------------------------------------------------------------------------------------------------------------------------------------------------------|------------------|--------|
| 7/26/2013    | DAY | Review<br>Review Clerks Notice to Filer re: Electronic case. Venue on the Civil Cover Sheet does not match the initiating document, DE 3.                                | 0.05<br>400.00/hr | 20.00  |
|              | DAY | Review<br>Review Summons Issued, DE 4.                                                                                                                                    | 0.05<br>400.00/hr | 20.00  |
| 8/1/2013     | DAY | Review<br>Review Order requiring Counsel to confer, file Joint Scheduling Report and file Joint Discovery Report, DE 5                                                   | 0.20<br>400.00/hr | 80.00  |
|              | DAY | Review Correspondence<br>Review correspondence from Christopher W. Legg, Esq. regarding A & A North American Financial, LLC's consumer collection license, providing copy of license. | 0.05<br>400.00/hr | 20.00  |
| 8/16/2013    | DAY | Research<br>Legal research regarding First Amended Complaint.                                                                                                             | 0.75<br>400.00/hr | 300.00 |
|              | DAY | Review<br>Review Return of Service of Summons and Complaint.                                                                                                              | 0.10<br>400.00/hr | 40.00  |
|              | DAY | Prepare<br>Prepare Notice of Filing Summons Returned Executed, DE 7                                                                                                       | 0.20<br>400.00/hr | 80.00  |
|              | DAY | Prepare<br>Prepare First Amended Complaint, later filed as DE 6.                                                                                                          | 1.00<br>400.00/hr | 400.00 |
|              | DAY | Tele Conference<br>Telephone conference with opposing counsel, Reynald Sims, regarding facts of case and settlement. 8-16-13                                              | 0.42<br>400.00/hr | 168.00 |
|              | DAY | Draft correspondence<br>Draft correspondance to opposing counsel, Reynald Sims, regarding facts of case and settlement.                                                   | 0.17<br>400.00/hr | 68.00  |
|              | DAY | Draft correspondence<br>Draft correspondence to opposing counsel, Reynald Sims regarding Plaintiff's request to confer on settlement.                                     | 0.12<br>400.00/hr | 48.00  |
| 8/26/2013    | DAY | Review Correspondence<br>Review correspondance from Desiree M. Andreu, Esq.regarding Plaintiff, Ramona Fobbs' representation in State case.                               | 0.05<br>400.00/hr | 20.00  |
| 8/29/2013    | DAY | Review Correspondence<br>Review correspondance from Christopher W. Legg, Esq. regarding Notice of Appearance in State case.                                               | 0.05<br>400.00/hr | 20.00  |
| 9/9/2013     | DAY | Draft correspondence<br>Draft email to opposing counsel, Reynald Sims, regarding Plaintiff's opposition to Defendant's request for 21 day extension of time to file Answer to Complaint. | 0.08<br>400.00/hr | 32.00  |

Ramona A. Fobbs                                                                                                          Page     3

|            |     |                                                                                                                                                                                                          | Hrs/Rate        | Amount |
|------------|-----|----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-----------------|--------|
| 9/9/2013   | DAY | Review Correspondence<br>Review 5 page correspondence from opposing counsel, Reynald Sims, dated September 3, 2013, citing law and authorities for its position that there is no private right of action, and that Defendant did not violate the FDCPA. | 0.33<br>400.00/hr | 132.00 |
|            | DAY | Research<br>Research law and authorities for Defendant's position that there is no private right of action, and that Defendant did not violate the FDCPA. | 1.17<br>400.00/hr | 468.00 |
| 9/10/2013  | DAY | Review Correspondence<br>Review correspondence opposing counsel, Reynald Sims, regarding Defendant's request for 21 day extension of time to file Answer to Complaint. | 0.05<br>400.00/hr | 20.00  |
|            | DAY | Draft correspondence<br>Draft correspondence to opposing counsel, Reynald Sims, regarding Plaintiff's opposition to Defendant's request for 21 day extension of time to file Answer to Complaint. | 0.05<br>400.00/hr | 20.00  |
| 9/11/2013  | DAY | Review<br>Review Notice of Appearance of Barbara Fernandez as counsel on behalf of Defendant, A & A North American Financial, LLC, DE 8. | 0.07<br>400.00/hr | 28.00  |
|            | DAY | Review<br>Review Defendant's Motion to Dismiss Case and Compel Arbitration and Incorporated Memorandum of Law, DE 9. | 1.83<br>400.00/hr | 732.00 |
|            | DAY | Review Correspondence<br>Review correspondence to opposing counsel, Barbara Fernandez, regarding Defendant's Motion to Compel Arbitration and Motion to Dismiss. | 0.08<br>400.00/hr | 32.00  |
| 9/12/2013  | DAY | Research<br>Research law cited in Defendant's Motion to Dismiss Case and Compel Arbitration and Incorporated Memorandum of Law, DE 9. | 1.00<br>400.00/hr | 400.00 |
| 9/13/2013  | DAY | Draft correspondence<br>Draft correspondance to opposing counsel, Barbara Fernandez, regarding Rule 16.1 requirements. | 0.08<br>400.00/hr | 32.00  |
|            | DAY | Draft correspondence<br>Draft correspondence to opposing counsel, Barbara Fernandez, regarding Scheduling Order. | 0.07<br>400.00/hr | 28.00  |
|            | DAY | Draft correspondence<br>Draft correspondence to opposing counsel, Barbara Fernandez, regarding Plaintiff's request for Defendant's Rule 7.1 corporate disclosure statement. | 0.05<br>400.00/hr | 20.00  |
| 9/19/2013  | DAY | Review<br>Review Defendant's Corporate disclosure Statement, DE 10. | 0.10<br>400.00/hr | 40.00  |

Ramona A. Fobbs                                                                                                Page    4

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 9/26/2013 | DAY | Draft correspondence<br>Draft correspondence to opposing counsel Barbara Fernandez regarding Plaintiff's request to confer of motion for extension of time to file response to Motion to Dismiss. | 0.05<br>400.00/hr | 20.00 |
| 9/27/2013 | DAY | Draft correspondence<br>Draft correspondence to opposing counsel Barbara Fernandez regarding Plaintiff's second request to confer of motion for extension of time to file response to Motion to Dismiss. | 0.05<br>400.00/hr | 20.00 |
|  | DAY | Draft correspondence<br>Draft correspondence to opposing counsel, Barbara Fernandez, regarding Plaintiff's request to confer on joint scheduling report. | 0.08<br>400.00/hr | 32.00 |
|  | DAY | Draft correspondence<br>Draft correspondence to opposing counsel Barbara Fernandez regarding Plaintiff's second request to confer of motion for extension of time to file response to Motion to Dismiss. | 0.05<br>400.00/hr | 20.00 |
|  | DAY | Review Correspondence<br>Review correspondence from opposing counsel Barbara Fernandez regarding Defendant's consent to Plaintiff's request to confer of motion for extension of time to file response to Motion to Dismiss. | 0.05<br>400.00/hr | 20.00 |
| 9/30/2013 | DAY | Draft correspondence<br>Draft correspondence to opposing counsel Barbara Fernandez, regarding second Request to confer on joint scheduling report. | 0.05<br>400.00/hr | 20.00 |
|  | DAY | Prepare<br>Prepare Plaintiff's Unopposed Motion for Extension of Time to File Opposition to Defendant's Motion to Dismiss, DE 11. | 0.50<br>400.00/hr | 200.00 |
| 10/1/2013 | DAY | Draft correspondence<br>Draft correspondence to opposing counsel Barbara Fernandez, regarding Third Request to confer on joint scheduling report. | 0.05<br>400.00/hr | 20.00 |
|  | DAY | Review<br>Review Endorsed Order granting Motion for Extension of Time to File Opposition to Defendant's Motion to Dismiss, DE 11. (DE 12). | 0.05<br>400.00/hr | 20.00 |
| 10/2/2013 | DAY | Draft correspondence<br>Draft correspondence to opposing counsel Barbara Fernandez, regarding Fourth Request to confer on joint scheduling report. Deadline to confer is today. Had to inquire as to whether Defendant intended to comply with the court's order. | 0.08<br>400.00/hr | 32.00 |
|  | DAY | Review Correspondence<br>Review correspondence from opposing counsel Barbara Fernandez, regarding Fourth Request to confer on Joint Scheduling Report. | 0.05<br>400.00/hr | 20.00 |
|  | DAY | Review Correspondence<br>Review correspondence from opposing counsel Barbara Fernandez, regarding Defendant's consent for Plaintiff to file Joint Scheduling | 0.05<br>400.00/hr | 20.00 |

| Ramona A. Fobbs | | | | Page 5 |
|---|---|---|---|---|
| | | | Hrs/Rate | Amount |
| | | Report. | | |
| 10/2/2013 | DAY | Tele Conference<br>Telephone conference with opposing counsel, Barbara Fernandez, regarding settlement. | 0.17<br>400.00/hr | 68.00 |
| | DAY | Draft correspondence<br>Draft correspondence to opposing counsel, Barbara Fernandez, regarding Plaintiff's response to Defendant's request to confer on settlement. | 0.07<br>400.00/hr | 28.00 |
| | DAY | Draft correspondence<br>Draft correspondence to opposing counsel, Barbara Fernandez, regarding Plaintiff's settlement offer. | 0.05<br>400.00/hr | 20.00 |
| 10/3/2013 | DAY | Draft correspondence<br>Draft correspondence to opposing counsel, Barbara Fernandez, regarding Joint Scheduling Report and Plaintiff's request to schedule telephone conference. | 0.07<br>400.00/hr | 28.00 |
| 10/7/2013 | DAY | Prepare<br>Prepare Joint Scheduling Report, DE 13. | 0.50<br>400.00/hr | 200.00 |
| | DAY | Draft correspondence<br>Draft correspondence to opposing counsel Barbara Fernandez regarding Plaintiff's request to confer on Motion for extension of time to respond to Defendant's Motion to Dismiss to afford an opportunity for discovery on the issue of arbitration. | 0.08<br>400.00/hr | 32.00 |
| 10/8/2013 | DAY | Draft correspondence<br>Draft correspondence to opposing counsel Barbara Fernandez regarding Plaintiff's second request to confer on Motion for extension of time to respond to Defendant's Motion to Dismiss. | 0.05<br>400.00/hr | 20.00 |
| | DAY | Review Correspondence<br>Review correspondence from opposing counsel Barbara Fernandez regarding Plaintiff's second request to confer on Motion for extension of time to respond to Defendant's Motion to Dismiss. | 0.05<br>400.00/hr | 20.00 |
| 10/9/2013 | DAY | Draft correspondence<br>Draft correspondence to opposing counsel Barbara Fernandez regarding Plaintiff's third request to confer on Motion for extension of time to respond to Defendant's Motion to Dismiss. | 0.05<br>400.00/hr | 20.00 |
| 10/10/2013 | DAY | Draft correspondence<br>Draft correspondence to opposing counsel Barbara Fernandez regarding Plaintiff's fourth request to confer on Motion for extension of time to respond to Defendant's Motion to Dismiss. | 0.05<br>400.00/hr | 20.00 |
| | DAY | Review Correspondence<br>Review correspondence from opposing counsel Barbara Fernandez regarding Defendant's response to Plaintiff's fourth request to confer on Motion for extension of time to respond to Defendant's Motion to | 0.05<br>400.00/hr | 20.00 |

Ramona A. Fobbs                                                                                                              Page        6

|            |     |                                                                                                                                                                                      | Hrs/Rate        | Amount   |
|------------|-----|------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-----------------|----------|
|            |     | Dismiss.                                                                                                                                                                                             |                 |          |
| 10/11/2013 | DAY | Review Correspondence<br>Review correspondence from opposing counsel Barbara Fernandez regarding Defendant's opposition to Plaintiff's request to confer on Motion for extension of time to respond to Defendant's Motion to Dismiss. | 0.05<br>400.00/hr | 20.00    |
|            | DAY | Review<br>Review Defendant's Rule 26 Initial Disclosures.                                                                                                                                            | 0.15<br>400.00/hr | 60.00    |
|            | DAY | Draft correspondence<br>Draft correspondence to opposing counsel Barbara Fernandez regarding Plaintiff's numerous requests to confer on Motion for extension of time to respond to Defendant's Motion to Dismiss. | 0.08<br>400.00/hr | 32.00    |
|            | DAY | Draft correspondence<br>Draft correspondence to opposing counsel Barbara Fernandez regarding Plaintiff's request for Defendant to provide documents showing the validity of the arbitration agreement. | 0.08<br>400.00/hr | 32.00    |
| 10/14/2013 | DAY | Draft correspondence<br>Draft correspondence to opposing counsel Barbara Fernandez regarding Plaintiff's second request for Defendant to provide documents showing the validity of the arbitration agreement. | 0.05<br>400.00/hr | 20.00    |
|            | DAY | Review Correspondence<br>Review correspondence from opposing counsel Barbara Fernandez regarding Defendant's opposition to Plaintiff's request for Defendant to provide documents showing the validity of the arbitration agreement. | 0.05<br>400.00/hr | 20.00    |
| 10/15/2013 | DAY | Review<br>Review documents required for preparation of Plaintiff's Second Motion for Extension of Time to File Opposition to Defendant's Motion to Dismiss and Compel Arbitration. | 0.75<br>400.00/hr | 300.00   |
|            | DAY | Prepare<br>Prepare Plaintiff's Second Motion for Extension of Time to File Opposition to Defendant's Motion to Dismiss and Compel Arbitration, DE 14. | 2.75<br>400.00/hr | 1,100.00 |
| 10/16/2013 | DAY | Review<br>Review of Defendant's Offer of Judgment.                                                                                                                                                   | 0.15<br>400.00/hr | 60.00    |
|            | DAY | Review<br>Review Order Setting Trial Date & Discovery Deadlines, Referring Case to Mediation & Referring Discovery Motions to United States Magistrate Judge, DE 15. | 0.25<br>400.00/hr | 100.00   |
|            | DAY | Review<br>Review Order Setting Discovery Procedure, DE 16.                                                                                                                                           | 0.10<br>400.00/hr | 40.00    |

Ramona A. Fobbs                                                                                                              Page    7

|            |     |                                                                                                                                                                                             | Hrs/Rate         | Amount |
|------------|-----|-------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|------------------|--------|
| 10/16/2013 | DAY | Review<br>Review Set/Reset Deadlines/Hearings Joinder of Parties due by due by 12/31/2013.                                                                                                                  | 0.05<br>400.00/hr | 20.00  |
|            | DAY | Draft correspondence<br>Draft correspondence to opposing counsel Barbara Fernandez regarding Plaintiff's Rule 26 disclosures.                                                                               | 0.08<br>400.00/hr | 32.00  |
|            | DAY | Draft correspondence<br>Draft correspondence to opposing counsel Barbara Fernandez regarding Defendant's Initial Rule 26 Disclosures and Plaintiff's request for Amended Rule 26 Disclosures from Defendant. | 0.12<br>400.00/hr | 48.00  |
| 10/17/2013 | DAY | Review<br>Review Endorsed Order granting [14] Motion for Extension of Time to File Response/Reply re [9] Defendant's Motion to Compel Arbitration Motion to Dismiss [6] Amended Complaint, DE 17.           | 0.05<br>400.00/hr | 20.00  |
|            | DAY | Draft correspondence<br>Draft correspondence to opposing counsel Barbara Fernandez regarding the validity of the date of service on Defendant's Offer of Judgment.                                          | 0.08<br>400.00/hr | 32.00  |
| 10/18/2013 | DAY | Research<br>Review email from opposing counsel Barbara Fernandez regarding the validity of the date on Defendant's Offer of Judgment.                                                                       | 0.05<br>400.00/hr | 20.00  |
|            | DAY | Draft correspondence<br>Draft correspondence to opposing counsel Barbara Fernandez regarding Plaintiff's response to Defendant's solution to the validity of the date on Defendant's Offer of Judgment.     | 0.08<br>400.00/hr | 32.00  |
| 10/29/2013 | DAY | Tele Conference<br>Telephone conference with Plaintiff regarding acceptance of Defendant's Offer of Judgment.                                                                                               | 0.17<br>400.00/hr | 68.00  |
| 10/30/2013 | DAY | Prepare<br>Prepare Plaintiff's Notice of Filing Defendant's Offer of Judgment, DE 18.                                                                                                                       | 0.17<br>400.00/hr | 68.00  |
|            | DAY | Prepare<br>Prepare Plaintiff's Motion for Entry of Final Judgment, DE 20.                                                                                                                                   | 0.33<br>400.00/hr | 132.00 |
| 10/31/2013 | DAY | Review<br>Review Final Judgment, DE 21.                                                                                                                                                                     | 0.10<br>400.00/hr | 40.00  |
|            | DAY | Draft correspondence<br>Draft email to opposing counsel Barbara Fernandez regarding Plaintiff's request to confer with Defendant on Plaintiff's costs to avoid having to file a motion.                     | 0.08<br>400.00/hr | 32.00  |
| 11/6/2013  | DAY | Prepare<br>Prepare Plaintiff's Verified Bill of Costs, DE 22, and Plaintiff's Memorandum of Law in Support of Plaintiff's Verified Bill of Costs, DE                                                        | 0.50<br>400.00/hr | 200.00 |

Ramona A. Fobbs                                                                                                       Page    8

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
|  |  | 23. |  |  |
| 11/6/2013 | DAY | Prepare<br>Prepare Plaintiff's Motion for Bill of Costs, DE 22. | 0.33<br>400.00/hr | 132.00 |
|  | DAY | Prepare<br>Prepare Plaintiff's Memorandum of Law re Motion for Bill of Costs, DE 22. | 0.33<br>400.00/hr | 132.00 |
| 11/20/2013 | DAY | Review<br>Review Response to Plaintiff's Verified Bill of Costs and Memorandum of Law in Support of Bill of Costs, DE 24. | 0.10<br>400.00/hr | 40.00 |
|  | DAY | Draft correspondence<br>Draft correspondence to opposing counsel Barbara Fernandez regarding settlement. | 0.08<br>400.00/hr | 32.00 |
|  | DAY | Review<br>Review defendant's Response to Plaintiff's Memorandum of Law re Motion for Bill of Costs, DE 24. | 0.10<br>400.00/hr | 40.00 |
| 11/21/2013 | DAY | Review<br>Review Order on Plaintiff's Verified Bill of Costs, DE 25. | 0.05<br>400.00/hr | 20.00 |
|  | DAY | Review<br>Review Final Judgment on Costs, DE 26. | 0.05<br>400.00/hr | 20.00 |
| 11/25/2013 | DAY | Draft correspondence<br>Draft correspondence to opposing counsel Barbara Fernandez regarding Plaintiff's second request to confer on settlement. | 0.05<br>400.00/hr | 20.00 |
|  |  | For professional services rendered | 22.78 | $9,112.00 |
|  |  | Balance due |  | $9,112.00 |

Please remit the balance due to:

Donald A. Yarbrough, Esq.
Post Office Box 11842
Ft. Lauderdale, FL 33339