UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 13-80715-Civ-Marra/Matthewman

RAMONA A. FOBBS,

    Plaintiff,

v.

A & A NORTH AMERICAN FINANCIAL, LLC,

    Defendant.
_____/

## SUPPLEMENTAL DECLARATION OF DONALD A. YARBROUGH IN SUPPORT OF PLAINTIFF'S MOTION FOR AN AWARD ATTORNEY'S FEES

As a supplement to Plaintiff's Verified Motion For An Award of Attorney Fees, I, Donald A. Yarbrough, make the following statement:

1. In preparing Plaintiff's motion, in the litigation of the fees motion, and since the service of Plaintiff's motion, I expended a total of 8.85 hours. My contemporaneously kept time records reflecting my service in this litigation are attached hereto as Exhibit "A". Plaintiff requests that any award for attorney's fees include $3,540.00 (8.85 hours x $400.00) incurred since Plaintiff's motion was served.

2. These requested attorney's fees were reasonable and necessary to the litigation of this matter.

I, Donald A. Yarbrough, declare under penalty of perjury, as provided for by the laws of the United States, 28 U.S.C. §1746, that the foregoing statements are true.

Executed this 21st day of March, 2014
at Fort Lauderdale, Florida

Respectfully submitted,

DONALD A. YARBROUGH, ESQ.
Attorney for Plaintiff
Post Office Box 11842
Fort Lauderdale, Florida 33339
Telephone: (954) 537-2000
Facsimile: (954) 566-2235
don@donyarbrough.com

s/Donald A. Yarbrough
Donald A. Yarbrough, Esq.
 Florida Bar No. 0158658

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 13-80715-Civ-Marra/Matthewman

RAMONA A. FOBBS,

    Plaintiff,

v.

A & A NORTH AMERICAN FINANCIAL, LLC,

    Defendant.
_____/

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on <u>March 21, 2014,</u> I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                                                   s/Donald A. Yarbrough
                                                                   Donald A. Yarbrough, Esq.

## SERVICE LIST

Ms. Barbara Fernandez, Esq.
Hinshaw & Culbertson, LLP
4 Floor
2525 Ponce de Leon Boulevard
Coral Gables, FL 33134
Telephone: 305-428-5031
Facsimile: 305-577-1063

Via Notices of Electronic Filing generated by CM/ECF