UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 13-80715-CIV-MARRA/MATTHEWMAN

RAMONA A. FOBBS,

    Plaintiff,

vs.

A & A NORTH AMERICAN FINANCIAL, LLC,

    Defendant.
_____/

FILED by _____ D.C.

AUG 2 6 2014

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

## SUPPLEMENTAL REPORT AND RECOMMENDATION ON PLAINTIFF'S VERIFIED MOTION FOR AN AWARD OF ATTORNEY'S FEES [DE 27]

THIS CAUSE is before the Court upon Plaintiff, Ramona A. Fobbs' (hereinafter "Fobbs"), Supplemental Declaration of Donald Yarbrough in Support of Plaintiff's Motion for an Award of Attorney's Fees [DE 44]. This Declaration supplements Plaintiff's Verified Motion for an Award of Attorney's Fees [DE 27], which was referred to the undersigned by United States District Judge Kenneth A. Marra [DE 30].

By way of background, Defendant, A & A NORTH AMERICAN FINANCIAL, LLC (hereinafter "A&A") objected to Fobbs' request for attorney's fees [DE 31]. After Fobbs filed her Motion for attorney's fees and after A&A filed its Response in opposition, Fobbs filed her Supplemental Declaration, in which she seeks an additional 8.85 hours for time spent on this matter [DE 44]. On August 4, 2014, the undersigned issued a Report and Recommendation on Plaintiff's Verified Motion for An Award of Attorney's Fees [DE 45]. However, the Report and Recommendation did not address the 8.85 hours sought in Fobbs' Supplemental Declaration. The undersigned gave A&A an opportunity to respond to Fobbs' Supplemental Declaration, and they did so [DE 47]. This Supplemental Report and Recommendation only addresses the

additional 8.85 hours sought by Fobbs in her Supplemental Declaration; all of the legal authorities and analysis set forth in the undersigned's August 4, 2014 Report and Recommendation are hereby incorporated by reference.

In its Response to Fobbs' Supplemental Declaration, A&A states that, out of the 8.85 additional hours sought by Fobbs, it objects to 2.0 hours billed for "attempting to confer, request, and file motions for an extension of time." [DE 47, p.1]. The Court finds that 2.0 is an unreasonable amount of time for this type of work. A mere motion for extension of time should not take 2.0 hours to complete. The Court deducts one hour from the two hours billed for this work. The undersigned finds 2.0 hours of time to be unreasonable and 1.0 hour to be more reasonable. The undersigned adopts the hourly rate of $325 previously set forth in the August 4, 2014 Report and Recommendation [DE 45].

In light of the foregoing, this Court **RECOMMENDS** that the District Court award Fobbs an additional $2,551.25 (7.85 hours x $325) in attorney's fees.

### NOTICE OF RIGHT TO OBJECT

A party shall file written objections, if any, to this Report and Recommendation with United States District Judge Kenneth A. Marra within fourteen (14) days of being served with a copy of this Report and Recommendation. *See* 28 U.S.C. § 636(b)(1)(C)

**RESPECTFULLY SUBMITTED** in Chambers at West Palm Beach, Palm Beach County, Florida, this 26th day of August, 2014.

WILLIAM MATTHEWMAN
United States Magistrate Judge