UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 13-80715-CIV-MARRA/ MATTHEWMAN

RAMONA A. FOBBS,

    Plaintiff,

vs.

A & A NORTH AMERICAN FINANCIAL, LLC,

    Defendants.
_____/

**FINAL JUDGMENT ON ATTORNEY'S FEES**

This cause is before the Court upon the Report and Recommendation (DE 45) and Supplemental Report and Recommendation on Plaintiff's Verified Motion for an Award of Attorney's Fees [DE 27] (DE 48). No objections were filed, and the time to object has now expired.

It is hereby **ORDERED AND ADJUDGED** that the Report and Recommendation (DE 45) and Supplemental Report and Recommendation (DE 48) are **AFFIRMED, RATIFIED, and ADOPTED.** Plaintiff's Verified Motion for an Award of Attorney's Fees (DE 27) is **GRANTED IN PART and DENIED IN PART**. Defendant A & A NORTH AMERICAN FINANCIAL, LLC shall pay Plaintiff RAMONA A. FOBBS $9,954.75 in attorney's fees, for which let execution issue.

**DONE AND ORDERED** in Chambers at West Palm Beach, Palm Beach County, Florida, this 18th day of September, 2014.

                                                          _____
                                                          KENNETH A. MARRA
                                                          United States District Judge